United States District Court
Southern District of Texas
**ENTERED**
January 29, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:19-CR-1502-1, 2, 3 & 4 |
| | § | |
| SYLVIA GARCES VALDEZ, | § | |
| FRANCES SALINAS DE LEON, | § | |
| JOSE ADOLFO SALINAS, and | § | |
| RAMIRO ALANIZ | § | |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for status conference on March 9, 2021, at 9:30 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED January 29, 2021, at McAllen, Texas.

Randy Crane
United States District Judge