**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | **CASE NO. 7:19-CR-01502** |
| **v.** | § § | |
| **RAMIRO ALANIZ** | § | |

## ACCEPTANCE OF RESPONSIBILITY

Defendant, RAMIRO ALANIZ, in Criminal No. 7:19-CR-01502, In the United States District Court, Southern District of Texas, McAllen Division, submits this Acceptance of Responsibility.

Defendant admits to having committed the crime of wire fraud, in violation of 18 U.S.C. Sec. 1343 and 1249.

Defendant agrees that nothing has been promised to Defendant in exchange for acceptance of responsibility. Defendant further agrees no one has threatened Defendant or induced Defendant to accept responsibility. Defendant agrees no sentence term has been promised to Defendant by Attorney or anyone else and Defendant accepts responsibility for the role committed. This is Defendant's own decision and not the decision or advise of anyone else, including Attorney. Defendant further agrees all options were presented to Defendant, including the right to trial and the right to cross examine Government witnesses. Defendant understands defendant is giving up these rights by accepting responsibility.

SIGNED AND AGREED ON  April 6        , 2022.

_____
Ramiro Alaniz
Defendant